UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| LISA COPELAND AND LUTHER COPELAND, Individually and on behalf of their minor child, RENEE COPELAND | * * * * | CIVIL ACTION NO. 5:07cv1786 |
| VERSUS | * * | JUDGE MAURICE HICKS |
| CENTOCOR, INC. AND JOHNSON & JOHNSON | * * * | MAGISTRATE MARK HORNSBY |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41 (a) IT IS HEREBY STIPULATED by undersigned counsel that plaintiffs, Lisa Copeland and Luther Copeland, individually and on behalf of their minor child, Renee Copeland, in the above captioned matter no longer seek to prosecute their claims against defendants, Centocor, Inc. and Johnson & Johnson, in the above styled cause and therefore plaintiffs respectfully move this Court to enter an order dismissing their action with prejudice, with each party to bear their own costs.

Respectfully Submitted By:


/s/ Reshonda Bradford
W. JAMES SINGLETON (La. Bar #17801)
RESHONDA L. BRADFORD (La. Bar #27390)
The Singleton Law Firm
4050 Linwood Avenue
Shreveport, LA  71109
Telephone:  (318) 631-5200
Facsimile:  (318) 636-7759
**Attorney for Plaintiffs, Lisa Copeland and Luther Copeland, individually and on behalf of their minor child, Renee Copeland**


/s Monique M. Garsaud
JAMES B. IRWIN, T.A. ( La. Bar No. 7172)
MONIQUE M. GARSAUD (La. Bar No. 25393)
JEANETTE F. MILLS (#25393)
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
**Attorneys for Defendants, Centocor, Inc. and Johnson & Johnson**


## CERTIFICATE OF SERVICE

I hereby certify that I have served counsel of record by filing the above and foregoing Stipulation of Dismissal with Prejudice electronically with the Clerk of Court of the United States District Court for the Western District of Louisiana by using the CM/ECF system on this 17th day of December 2008.

/s/ Monique M. Garsaud