RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE __12_/_18_,_08_
BY __Dm__

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| LISA COPELAND, ET AL | CIVIL ACTION NO. 07-01786 |
| versus | JUDGE HICKS |
| CENTOCOR, ET AL | MAGISTRATE JUDGE HORNSBY |

### ORDER OF DISMISSAL

The Court has been advised by counsel that the above action has been settled.

**IT IS ORDERED** that this action is hereby **DISMISSED,** without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties. Any motion that may be pending in this case is hereby denied as moot.

**THUS DONE AND SIGNED** in chambers, at Shreveport, Louisiana, this the __18__ day of DECEMBER, 2008.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE